| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
|---|---|---|
| | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| v. | * | Misc. Docket AG No. 97 |
| ROBERT ANDREW MITCHELL | * | September Term, 2021 |

**O R D E R**

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Robert Andrew Mitchell, to suspend the Respondent from the practice of law in Maryland for 60 days, stayed in favor of one year of probation with terms, it is this 10th day of August, 2022

**ORDERED**, by the Court of Appeals of Maryland, a majority of the Court concurring, that the Respondent, Robert Andrew Mitchell, be suspended for 60 days for violation of Rule 19-308.4(a), (b) and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

**ORDERED**, that, the suspension be, and hereby is, STAYED in favor of one year of probation with the terms contained in the Probation Agreement.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Matthew J. Fader
Chief Judge

Suzanne C. Johnson, Clerk